United States District Court
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
                                        No.03-04176 CW
8    DIRECTV, INC.,
                                        ORDER ADOPTING
9              Plaintiff,                MAGISTRATE
                                        JUDGE'S REPORT
10       v.                             AND
                                        RECOMMENDATION
11   GRIGORY GROSMAN,                   RE: PLAINTIFF'S
                                        MOTION FOR
12             Defendant.               DEFAULT JUDGMENT
                                        AGAINST DEFENDANT
13   _____/       GROSSMAN

14

15

16       The Court has reviewed Magistrate Judge Zimmerman's Report

17   and Recommendation Re: Plaintiff's Motion for Default Judgment

     Against Defendant Grosman.  No objections to the report were
18
     filed.  The Court finds the Report correct, well-reasoned and
19
     thorough, and adopts it in every respect.  Accordingly,
20
         IT IS HEREBY ORDERED that default judgment against
21
     Defendant Grigory Grosman is GRANTED.  The Clerk shall enter
22
     judgment as set forth in the Report and Recommendation.
23

24

     Dated: 5/19/05                   /s/ CLAUDIA WILKEN
25                                     CLAUDIA WILKEN
                                       United States District Judge
26

27

28